[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11468
Non-Argument Calendar

_____

D.C. Docket No. 4:14-cr-00389-LGW-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAWRENCE COREY MILTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 2, 2015)

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Matthew Midgett, appointed counsel for Lawrence Corey Milton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Milton's conviction and sentence are **AFFIRMED**.